IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KATHRYN MENNEN, SARAH MENNEN, ALEXANDRA MENNEN, SHAWN MENNEN and JOHN MENNEN, | § § § § § § | No. 1, 2016 |
| Plaintiffs Below-Appellants/Cross-Appellees, | § § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 8432 |
| FIDUCIARY TRUST INTERNATIONAL OF DELAWARE, in its capacity as the individual trustee of the TRUST ESTABLISHED BY GEORGE S. MENNEN FOR THE BENEFIT OF GEORGE JEFF MENNEN, a Delaware trust, | § § § § § § § § § § § § | |
| Defendant Below-Appellee, | § § | |
| v. | § § | |
| GEORGE JEFF MENNEN, | § § | |
| Defendant Below- Cross-Appellant. | § § | |

Submitted: May 3, 2017
Decided: June 21, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 21st day of June 2017, after careful consideration of the parties' briefs and the record on appeal, we have determined that the Court of Chancery's August 18, 2015 Order Adopting Master's Report, December 8, 2015 Order and Final Judgment, and February 27, 2017 Report Pursuant to Delaware Supreme Court Rule 19(c) should be affirmed for the reasons stated by the Court of Chancery and by the Master in Chancery in her well-reasoned April 24, 2015 final report on the motion for summary judgment and her April 24, 2015 final report on the merits (as revised April 27, 2015).

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice